HERMAN SCHREIBER, Respondent, v. CENTRAL NEW ENGLAND RAILWAY COMPANY and THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

JULIUS SHERMAN, Appellant, v. BROOKLYN TRUST COMPANY, Respondent.— Motion to dismiss appeal denied. Plaintiff's application for leave to dispense with the printing of exhibits should be formally made. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

SOUTH PLUMBING & HEATING CO., INC., Respondent, v. SORICE OPERATING CO., INC., and Others, Appellants, and Others, Defendants.— Motion for stay of trial denied. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

SECONDO VIGNALE and MARIA VIGNALE, Respondents, v. BERSON CONSTRUCTION CORPORATION, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed, with costs. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

GEORGE H. WORTHINGTON, JR., Respondent, v. SAMUEL BLANKFEIN, Appellant.— Motion to dismiss appeal denied. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

SOLOMON ZAUDERER, an Infant, by GEORGE ZAUDERER, Guardian ad Litem, Appellant, v. MARKET STREET LONG BEACH REALTY CORPORATION and MORRIS ALFRED VOGEL, Respondents.— Respondents' motion for leave to file brief granted upon condition that a copy thereof be served upon appellant within two days from the entry of the order herein. Appellant may have two days thereafter in which to file a reply brief if he be so advised. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

CORINNE C. BRYAN, Respondent, v. WALTER G. BRYAN, Appellant.— Order granting alimony and counsel fee modified by reducing the alimony to the sum of $50 per week, and by reducing the counsel fee to the sum of $500, $250 thereof to be paid within ten days from service of a copy of the order entered herein, and the balance of $250 to be paid on or before the date of the trial of this action. As so modified the order is affirmed, without costs. No opinion. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.

ABRAHAM EISENBUD and ADOLPH BROOK, Trading as EISENBUD & BROOK, Respondents, v. CAPITAL CITY SURETY COMPANY, Appellant.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Hagarty, Carswell and Scudder, JJ.